DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     vs.<br><br>PETE STEPHAN, JR.,<br><br>                 Defendant. | No.  3:00-CV-00038(HRH)<br><br>APPLICATION AND AFFIDAVIT FOR<br>ISSUANCE OF WRIT OF EXECUTION<br>ON PERMANENT FUND DIVIDEND |

STATE OF ALASKA    )
                   )ss.
THIRD JUDICIAL DISTRICT )

   I, RICHARD L. POMEROY, hereby state on oath:

   1.   Judgment for $5,496.23 was entered on April 26, 2000, in the docket of the above-entitled court and action, in favor of the United States of America as judgment creditor and against PETE STEPHAN, JR. as judgment debtor.

   2.   I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

   3.   The judgment debtor was not represented by counsel.

4.   The judgment entered is a default judgment.

5.   ACCRUED since the entry of judgment are the following sums:

   $1,459.84 accrued interest on the judgment principal, computed at 6.197%

   $327.00  accrued costs.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

   $5,299.63 which is to be first credited against the total accrued costs and interest, with any excess credited against the judgment as entered, leaving a net balance of:

7.   $1,983.44 ACTUALLY DUE on June 26, 2006. Of this total, $1,918.57 is the amount of the original judgment as entered <u>with compounded interest added thereto to create a new interest-accruing balance, per 28 U.S.C. § 1961</u>, which still remains due and bears interest at 6.197% in the amount of $0.32 per day on the judgment principal from this date.

8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10.  This levy may attach a maximum of <u>80%</u> of the annual Permanent Fund Dividend payable to this debtor, pursuant to AS 43.23.065.

//

DATED this 30th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 30th day of June, 2006, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/06