IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PETE STEPHAN, Jr.,<br><br>                Defendant. | Case No. 3:00-cv-038-HRH<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $885.57 be released from the Registry by the Clerk of Court by check made payable to the U.S. Department of Justice and forwarded to the Office of the United States Attorney's Office for the District of Alaska as payment toward defendant's judgment debt.

IT IS SO ORDERED.

DATED:_____                    _____
                                                                         H. RUSSEL HOLLAND
                                                                         JUDGE U.S. DISTRICT COURT