IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　　　　 )
　　　　vs.　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
PETE STEPHAN, JR.,　　　　　　　 )
　　　　　　　　　　　　　　　　　 )　　No. 3:00-cv-0038-HRH
　　　　　　　　　　Defendant.　　)
_____)


ORDER TO RELEASE PFD FUNDS

　　　　　Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

　　　　　The attached funds, in the amount of $885.57, be released from the Registry by the Clerk of Court by check made payable to the U.S. Department of Justice and forwarded to the Office of the United States Attorney's Office for the District of Alaska as payment toward defendant's judgment debt.

　　　　　IT IS SO ORDERED.

　　　　　DATED at Anchorage, Alaska, this 22nd day of January, 2007.


　　　　　　　　　　　　　　　　　 /s/ H. Russel Holland
　　　　　　　　　　　　　　　　　 United States District Judge

_____

　　[1]　　Clerk's Docket No. 31.