IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
    vs.                          )
                                 )
PETE STEPHAN, JR.,               )
                                 )   No. 3:00-cv-0038-HRH
                Defendant.       )
_____)
```

ORDER TO RELEASE PFD FUNDS

Plaintiff's motion to release the attached Permanent Fund Dividend[1] is hereby GRANTED.

The attached funds, in the amount of $829.05, shall be released from the Registry by the Clerk of Court by check made payable to the "United States Department of Justice" and forwarded to the Office of the United States Attorney for the District of Alaska, Financial Litigation Unit, as payment toward defendant's judgment debt.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 11th day of January, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1]Clerk's Docket No. 35.

- 1 -